**Order filed October 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00407-CV
_____

**SANTOS SAN JUAN D/B/A SANTOS WRECKER REPAIR, Appellant**

**V.**

**JOSE SEGOVIA, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-06117**

---

# O R D E R

Appellant's brief was due September 28, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 30, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM